UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABIMAEL ROSADO HERNANDEZ and
RAOUL CRUZ DOMINGUEZ,

on behalf of themselves and all
others similarly situated,

    Plaintiffs,

  vs.              Docket No. 17-CV-4905 (ARR)(CLP)

MAIDENBERG STEEL CORP.
and MOSHE MAIDENBERG,

    Defendants.
------------------------------------------------------------X

  The undersigned counsel for the respective parties hereby stipulate to the dismissal of the instant action, **without** prejudice, each side to bear its respective costs and attorney's fees.

Dated: December 6th, 2017

| Raab, Sturm & Ganchrow LLP. | Law Offices of Brett M. Schatz, P.C. |
|---|---|
| *(signature)* | *(signature)* |
| By: Ira A. Sturm | By: Brett M. Schatz |
| Attorney for Defendants | Attorneys for Plaintiffs |
| 2125 Center Avenue, Suite 100 | 1345 Sixth Avenue, 2nd Floor |
| Fort Lee, New Jersey 07024 | New York, New York 10005 |